**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
STAGE DIRECTORS AND
CHOREOGRAPHERS SOCIETY,

                                  Petitioner,

             -against-                                 22 **CIVIL** 6252 (PAE)

                                            <u>**JUDGMENT**</u>

PARADISE SQUARE BROADWAY
LIMITED PARTNERSHIP,

                                 Respondent.
-----------------------------------------------------------X

         It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion & Order dated November 28, 2022, the Court has confirmed the

Award in favor of petitioner SDC. Judgment is entered in favor of SDC and against respondent

Paradise Square Broadway in the amount of $140,285.94, plus post-judgment interest pursuant to

28 U.S.C. § 1961(a), together with attorneys' fees and costs in the amount of $9,895;

accordingly, the case is closed.

**Dated:**  New York, New York

         November 28, 2022

                                                   **RUBY J. KRAJICK**

                                        _____
                                                   **Clerk of Court**

                                  **BY:**      _K. mango_

                                                   _____
                                                   **Deputy Clerk**